FILED

12/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0487

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 22-0487

_____

DUANE BENDER and REBECCA ESTATES, LLC,

　　　　　　　Plaintiffs and Appellants,

v.

STACEY ROSMAN and JOHN DOES 1-10,

　　　　　　　Defendants and Appellees.

_____

## ORDER GRANTING APPELLEE STACEY ROSMAN'S MOTION FOR EXTENSION OF TIME

_____

APPEARANCES:

Dennison A. Butler
P.O. Box 152
23 N. Broadway, Suite 205
Red Lodge, MT 59068
Phone: (406) 366-4826
dennisonabutler@gmail.com

Attorney for Appellants Duane Bender
and Rebecca Estates, LLC

David F. Knobel
P.O. Box 2529
Billings, MT 59103
Phone: (406) 255-7343
dknobel@crowleyfleck.com

Attorney for Appellee Stacey Rosman

Before the Court is Appellee Stacey Rosman's motion for a thirty-day extension of time in which to file his answer brief. Good cause appearing,

IT IS ORDERED that Mr. Rosman may file his response brief on or before January 27, 2023.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 20 2022